1    Mark P. Robinson, Jr. (SBN:  054426)
     mrobinson@rcrlaw.net
2    Daniel S. Robinson (SBN:  244245)
     drobinson@rcrlaw.net
3    Karen L. Karavatos  (SBN:  131718)
     ldmravatos@rcrlaw.net
4    Shannon Lukei (SBN:  202868)
     slukei@rcrlaw.net
5    ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
     19 Corporate Plaza Drive
6    Newport Beach, California  92660
     Telephone:      949-720-1288
7    Facsimile:      949-720-1292

8    and

9    Michael K. Johnson (MN #258696) (Admitted *Pro Hac Vice*)
     Timothy J. Becker (MN #256663) (*Pro Hac Vice* Pending)
10   Rolf T. Fiebiger (MN #391138) (*Pro Hac Vice* Pending)
     JOHNSON BECKER, PLLC
11   33 South Sixth Street
     Suite 4530
12   Minneapolis, Minnesota 55402
     (612) 436-1800
13   mjohnson@johnsonbecker.com
     tbecker@johnsonbecker.com
14   rfiebiger@johnsonbecker.com

15   Attorneys for Plaintiff Miriam Cruz

16   Alicia J. Donahue (SBN:  117412)
     adonahue@shb.com
17   SHOOK, HARDY & BACON L.L.P.
     One Montgomery, Suite 2700
18   San Francisco, California  94104-4505
     Telephone:      415-544-1900
19   Facsimile:      415-391-0281

20   Attorneys for Defendant
     Bayer Healthcare Pharmaceuticals, Inc.
21

22

23

24

25

26

27

28

1

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON BAYER'S MOTION TO
DISMISS AND MOTION TO STRIKE - CASE NO. 3:13-cv-00543-MMC

249200 V1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRIAM CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 3:13-cv-00543-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON BAYER HEALTHCARE PHARMACEUTICALS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date:    April 19, 2013<br>Time:    9:00 a.m.<br>Ctrm:    7<br><br>Complaint filed:  February 7, 2013 |

IT IS HEREBY STIPULATED by and between, Plaintiff Miriam Cruz ("Plaintiff"), and Defendant Bayer Healthcare Pharmaceuticals, Inc. ("Bayer"), by and through their attorneys of record, that Plaintiff will take her pending Motion to Stay and all applicable briefing schedules related to that off calendar and that the briefing schedule on Bayer's Motion to Dismiss and Motion to Strike be extended as follows:

1. Good cause exists for extending the briefing schedule on Bayer's Motion to Dismiss and Motion to Strike.  This case is potentially related to Multidistrict Litigation ("MDL") Docket No. 2434, *In re:  Mirena IUD Products Liability Litigation*.  The JPML is scheduled to hear a motion to transfer these cases on March 21, 2013.

2. Plaintiff's deadline to file an opposition to Bayer's Motion to Dismiss and Motion to Strike is currently March 19, 2013.  Bayer's deadline to file a reply is currently March 26, 2013.

3. The parties respectfully request that the Court extend Plaintiff's deadline to file an opposition to Bayer's Motion to Strike and Motion to Dismiss to April 5, 2013.

1      4.   The parties respectfully request that the Court extend Bayer's deadline to file a reply to

2           its Motion to Strike and Motion to Dismiss to April 12, 2013.

3

4

5

6   Dated:  March 18, 2013                          By: /s/ *Michael K. Johnson*_____
                                                           MICHAEL K. JOHNSON
7
                                                           MARK P. ROBINSON, JR.
8                                                          DANIEL S. ROBINSON
                                                           KAREN L. KARAVATOS
9                                                          SHANNON LUKEI

10                                                         Attorneys for Plaintiff MIRIAM CRUZ

11
    Dated:  March 18, 2013                          By: */s/ Alicia J. Donahue*_____
12                                                         ALICIA J. DONAHUE

13                                                         Attorneys for Defendant BAYER
                                                           HEALTHCARE
14                                                         PHARMACEUTICALS, INC.

15
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
16
    IT IS FURTHER ORDERED that the hearing on defendant's motion is continued to April 26, 2013.
17
    IT IS FURTHER ORDERED that plaintiff's Motion to Stay is deemed withdrawn without prejudice.
18

19
    DATED:  ___March 19, 2013_____          _____
20                                                 HONORABLE MAXINE M. CHESNEY

21

22

23

24

25

26

27

28
                                              3
    STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON BAYER'S MOTION TO
    DISMISS AND MOTION TO STRIKE - CASE NO. 3:13-cv-00543-MMC

    249200 V1