Mark P. Robinson, Jr. (SBN: 054426)
mrobinson@rcrlaw.net
Daniel S. Robinson (SBN: 244245)
drobinson@rcrlaw.net
Karen L. Karavatos  (SBN: 131718)
ldmravatos@rcrlaw.net
Shannon Lukei (SBN: 202868)
slukei@rcrlaw.net
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, California  92660
Telephone:     949-720-1288
Facsimile:      949-720-1292

and

Michael K. Johnson (MN #258696) (Admitted *Pro Hac Vice*)
Timothy J. Becker (MN #256663) (*Pro Hac Vice* Pending)
Rolf T. Fiebiger (MN #391138) (*Pro Hac Vice* Pending)
JOHNSON BECKER, PLLC
33 South Sixth Street
Suite 4530
Minneapolis, Minnesota 55402
(612) 436-1800
mjohnson@johnsonbecker.com
tbecker@johnsonbecker.com
rfiebiger@johnsonbecker.com

Attorneys for Plaintiff Miriam Cruz

Alicia J. Donahue (SBN:  117412)
adonahue@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California  94104-4505
Telephone:     415-544-1900
Facsimile:      415-391-0281

Attorneys for Defendant
Bayer Healthcare Pharmaceuticals, Inc.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON BAYER'S MOTION TO DISMISS AND MOTION TO STRIKE - CASE NO. 3:13-cv-00543-MMC

249200 V1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIRIAM CRUZ,<br><br>  Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>  Defendant. | Case No. 3:13-cv-00543-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON BAYER HEALTHCARE PHARMACEUTICALS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date:  April 19, 2013<br>Time:  9:00 a.m.<br>Ctrm:  7<br><br>Complaint filed:  February 7, 2013 |

IT IS HEREBY STIPULATED by and between, Plaintiff Miriam Cruz ("Plaintiff"), and Defendant Bayer Healthcare Pharmaceuticals, Inc. ("Bayer"), by and through their attorneys of record, that Plaintiff will take her pending Motion to Stay and all applicable briefing schedules related to that off calendar and that the briefing schedule on Bayer's Motion to Dismiss and Motion to Strike be extended as follows:

1. Good cause exists for extending the briefing schedule on Bayer's Motion to Dismiss and Motion to Strike.  This case is potentially related to Multidistrict Litigation ("MDL") Docket No. 2434, *In re:  Mirena IUD Products Liability Litigation*.  The JPML is scheduled to hear a motion to transfer these cases on March 21, 2013.

2. Plaintiff's deadline to file an opposition to Bayer's Motion to Dismiss and Motion to Strike is currently March 19, 2013.  Bayer's deadline to file a reply is currently March 26, 2013.

3. The parties respectfully request that the Court extend Plaintiff's deadline to file an opposition to Bayer's Motion to Strike and Motion to Dismiss to April 5, 2013.

4. The parties respectfully request that the Court extend Bayer's deadline to file a reply to its Motion to Strike and Motion to Dismiss to April 12, 2013.

Dated: March 18, 2013                     By: /s/ *Michael K. Johnson*
                                                  MICHAEL K. JOHNSON

                                                  MARK P. ROBINSON, JR.
                                                  DANIEL S. ROBINSON
                                                  KAREN L. KARAVATOS
                                                  SHANNON LUKEI

                                                  Attorneys for Plaintiff MIRIAM CRUZ

Dated: March 18, 2013                     By: /s/ *Alicia J. Donahue*
                                                  ALICIA J. DONAHUE

                                                  Attorneys for Defendant BAYER HEALTHCARE PHARMACEUTICALS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS FURTHER ORDERED that the hearing on defendant's motion is continued to April 26, 2013.

IT IS FURTHER ORDERED that plaintiff's Motion to Stay is deemed withdrawn without prejudice.

DATED: ___March 19, 2013_____          _____
                                                  HONORABLE MAXINE M. CHESNEY