

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MIRENA IUD PRODUCTS LIABILITY
LITIGATION                                                                                   MDL No. 2434

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –1)

On April 8, 2013, the Panel transferred 7 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Cathy Seibel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Seibel.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of April 8, 2013, and, with the consent of that court, assigned to the Honorable Cathy Seibel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 24, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk

IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION                MDL No. 2434

## SCHEDULE CTO-1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 5 | 13−00227 | Sheena Montano−Padilla v. Bayer Healthcare Pharmaceuticals Inc et al |
| CAC | 5 | 13−00377 | Kalaki Clarke et al v. Bayer Corp et al |
| ~~CAC~~ | ~~8~~ | ~~13−00141~~ | ~~Christine Reynoso v. Bayer Healthcare Pharmaceuticals Inc et al~~   Vacated 4/19/13 |
| ~~CAC~~ | ~~8~~ | ~~13−00142~~ | ~~Michelle Todd v. Bayer Healthcare Pharmaceuticals Inc et al~~   Vacated 4/19/13 |
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~13−00490~~ | ~~Baker v. Bayer HealthCare Pharmaceuticals Inc.~~   Opposed 4/23/13 |
| CAN | 3 | 13−00543 | Cruz v. Bayer HealthCare Pharmaceuticals Inc. |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 13−00299 | Banks et al v. Bayer Healthcare Pharmaceuticals Inc. |
| GAN | 1 | 13−00302 | Cook v. Bayer Healthcare Pharmaceuticals Inc. |
| **GEORGIA SOUTHERN** | | | |
| GAS | 4 | 13−00021 | Daniel et al v. Bayer Healthcare Pharmaceuticals Inc. |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 13−00577 | Lukacs v. Bayer Healthcare Pharmaceuticals, Inc. |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 13−00195 | Foret v. Bayer Healthcare Pharmaceuticals Inc. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 13−00212 | Watson v. Bayer Healthcare Pharmaceuticals, Inc. |
| LAE | 2 | 13−00527 | Ary et al v. Bayer HealthCare, LLC et al |
| ~~LAE~~ | ~~2~~ | ~~13−00528~~ | ~~Steele v. Bayer HealthCare, LLC et al~~   Opposed 4/23/13 |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 13-10237 | Velazquez v. Bayer Healthcare Pharmaceuticals, Inc. |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 13-00207 | Goss et al v. Bayer Corporation et al |
| MN | 0 | 13-00390 | Castillo v. Bayer Healthcare Pharmaceuticals Inc. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 13-00586 | CHOW et al v. BAYER HEALTHCARE PHARMACEUTICALS, INC. et al |
| NJ | 2 | 13-01532 | REYNOLDS v. BAYER CORP. et al |
| NJ | 2 | 13-01595 | WATSON v. BAYER CORPORATION et al |
| NJ | 2 | 13-01596 | WILSON v. BAYER CORPORATION et al |
| NJ | 2 | 13-02249 | TORRES v. BAYER CORPORATION et al |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 13-00147 | Donovan v. Bayer Healthcare Pharmaceuticals, Inc. |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 4 | 13-00061 | Price v. Bayer Healthcare Pharmaceuticals, Inc. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 13-00156 | Peets et al v. Bayer Corporation et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 13-00450 | PRENDERGAST v. BAYER PHARMACEUTICALS CORPORATION et al |
| PAE | 2 | 13-00517 | AGERTON v. BAYER CORPORATION et al |
| PAE | 2 | 13-00518 | DOMINIE v. BAYER CORPORATION et al |
| PAE | 2 | 13-00519 | SMITH et al v. BAYER HEALTHCARE, LLC et al |
| PAE | 2 | 13-00520 | SHIPP et al v. BAYER CORPORATION et al |
| PAE | 2 | 13-00677 | WEIMANN v. BAYER CORPORATION et al |

RHODE ISLAND

| | | | |
|---|---|---|---|
| RI | 1 | 13-00174 | Halton v. Bayer Healthcare Pharmaceuticals |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 2 | 13-00115 | Wells et al v. Bayer Healthcare Pharmaceuticals Inc |
| SC | 4 | 13-00332 | Yarborough v. Bayer Healthcare Pharmaceuticals Inc |